UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SANDROCK PLACE APARTMENT HOMES, L.P., et al.,<br><br>　　　　　　　　　　Defendants. | Case No.:  25-cv-02473-AJB-BLM<br><br>**ORDER** |

On September 20, 2025, Plaintiffs United African-Asian Abilities Club and James Lee ("Plaintiffs") initiated this action against Defendants SandRock Place Apartment Homes, L.P., and ten Doe Defendants ("Defendants"). (Doc. No. 1.)

On December 17, 2025, Plaintiffs filed a Notice of Voluntary Dismissal with Prejudice of Entire Action After Settlement. (Doc. No. 3.) As a part of this notice, Plaintiffs included a Proof of Service indicating that Defendants will be served with the notice via the Court's Case Management/Electronic Case Files ("CM/ECF") system. (*See id.* at 3–4.)

However, no Defendant has appeared in this action, and the CM/ECF system cannot serve notice on a party that has not appeared. *See* FAQs: Case Management / Electronic Case Files (CM/ECF), United States Courts, https://perma.cc/SP72-5FPQ ("What does CM/ECF provide for attorneys and the public? CM/ECF offers a number of benefits . . . :

. . . A notification of activity in a case . . . is sent by e-mail to . . . all registered participants in the case . . . ."); *see also* Fed. R. Civ. P. 5(b)(2)(E) (service by CM/ECF "is not effective if the filer . . . learns that it did not reach the person to be served").

Accordingly, the Court **ORDERS** Plaintiffs to effect service of the Notice of Voluntary Dismissal with Prejudice of Entire Action After Settlement (Doc. No. 3) and this Order on Defendants via an alternative means permitted by Federal Rule of Civil Procedure 5(b). The Court further **ORDERS** Plaintiffs to provide the Court with proof of Defendants' receipt of the notice and this Order (*e.g.*, a return receipt if service is made by mail) in addition to a corrected certificate of service by January 5, 2026.

**IT IS SO ORDERED.**

Dated: December 18, 2025

Hon. Anthony J. Battaglia
United States District Judge